

FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0347

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

Defendant and Appellant.

ORDER

FILED

DEC 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Appellant Matthew Ryan Ailer's fourth motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 9, 2023, to file his opening brief.

DATED this 8 day of December, 2022.

For the Court,

_____
Chief Justice